■ RUTH E. RIORDEN, Appellant, v ELAINE A. PARRISH, Respondent. [629 NYS2d 711] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Henry, Jr., J. (Appeal from Order of Supreme Court, Ontario County, Henry, Jr., J.—Summary Judgment.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.

■ MASSACHUSETTS BAY INSURANCE COMPANY, a Member of the HANOVER INSURANCE COMPANIES, Respondent, v DENA M. LANNON et al., Appellants. [628 NYS2d 917] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied defendants' motion to dismiss the complaint seeking a trial de novo pursuant to the underinsured motorists coverage endorsement of the automobile insurance policy plaintiff issued to defendants John R. Ryan and Kathleen A. Ryan. That endorsement permits either party to demand a trial de novo if an arbitration award exceeds New York's bodily injury liability limits. We conclude that that endorsement is not unconscionable or against public policy and is enforceable *(see, Allstate Ins. Co. v Jacobs,* 208 AD2d 578, 578-579; *Allstate Ins. Co. v Purdy,* 159 Misc 2d 783; *see also, Cohen v Allstate Ins. Co.,* 231 NJ Super 97, 555 A2d 21, *certification denied* 117 NJ 87, 563 A2d 846; *Roe v Amica Mut. Ins. Co.,* 533 So 2d 279). (Appeal from Order of Supreme Court, Ontario County, Murphy, J.—Dismiss Complaint.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.

■ DOYLE VENTURE GROUP, Respondent, v THE PEOPLE OF THE STATE OF NEW YORK et al., Appellants. DOYLE VENTURE GROUP, Respondent, v THE PEOPLE OF THE STATE OF NEW YORK et al., Appellants. [629 NYS2d 711] —Appeal unanimously dismissed without costs. Memorandum: The appeal must be dismissed because respondents are not aggrieved *(see, Town of Massena v Niagara Mohawk Power Corp.,* 45 NY2d 482, 488; *Matter of Brown v Starkweather,* 197 AD2d 840, 841, *lv denied* 82 NY2d 653). Contrary to respondents' contention, County Court's statements concerning the effect of the holdover and sovereign immunity are dicta. (Appeal from Order of Monroe County Court, Maloy, J.—RPAPL.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.